KENNETH E. KELLER (SBN 71450)
CHRISTOPHER T. HOLLAND (SBN 164053)
ALLISON LANE COOPER (SBN 152384)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Defendant
GENERAL NUTRITION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES NAVARRO,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL NUTRITION CORPORATION,<br>a Pennsylvania corporation, and DOES 1-50,<br>inclusive,<br><br>        Defendants. | Case No.:   C03-0603 SBA<br><br>**DECLARATION OF STUART EISENDRATH, M.D. IN SUPPORT OF GENERAL NUTRITION CORPORATION'S MOTION TO COMPEL DISCOVERY RESPONSES OR ALTERNATIVELY TO STRIKE PLAINTIFF'S CLAIMS FOR PSYCHOLOGICAL AND/OR EMOTIONAL DAMAGES**<br><br>Date:          TBD<br>Time:          TBD<br>Courtroom:    3<br>Judge:         Saundra B. Armstrong<br>Trial:          May 17, 2004 |

I, Dr. Stuart Eisendrath, declare as follows:

1.        I received my B.S. degree in Medical Sciences from the University of Wisconsin-Milwaukee and my Medical Degree from the Medical College of Wisconsin.  I am currently the Director of Clinical Services at the Langley Porter Psychiatric Hospital and Clinics.

1

2.      I have been retained by defendant General Nutrition Corporation ("GNC") for the purpose of reviewing Plaintiff's medical records, for examining Plaintiff to assess her alleged psychiatric condition, and for providing an opinion regarding Plaintiff's claims of pain and suffering and/or emotional distress.

3.      I understand that Plaintiff has asserted that the psychiatric and psychological records of her prior mental health care providers are not relevant to her current claims of emotional distress. To the contrary, I believe it is <u>essential</u> to obtain all psychiatric records regarding Plaintiff antedating May 2002 as well as after this date in order to help establish an accurate clinical diagnosis. Plaintiff is claiming to have major depression and posttraumatic stress disorder as a consequence of events in May and June of 2002. Since she was in active treatment in 2002 and 2003 with Dr. Jane Brooks (a psychologist) of Kaiser Hayward/Fremont before and during the period in question, it is essential to obtain those records. This would allow a longitudinal picture of Plaintiff's psychiatric state and to correctly ascertain her clinical diagnoses and etiological factors by a treating clinician. I also believe that Plaintiff's course, evaluation and psychological testing by Dr. Susan Bergman in the 2000-2002 period is relevant to giving a longitudinal picture of Plaintiff's psychiatric status antedating the alleged injury for the same reasons.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 22th day of April, 2004 at San Francisco, California.

_____
Stuart Eisendrath, M.D.

2

EISENDRATH DECLARATION IN SUPPORT OF GNC'S MOTION TO COMPEL DISCOVERY RESPONSES OR ALTERNATIVELY TO STRIKE PLAINTIFF'S CLAIMS FOR EMOTIONAL DAMAGES
CASE NO.: C03-0603 SBA