IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCEDES NAVARRO,  No. C 03-0603 SBA

    Plaintiff,  **ORDER**

  v.

GENERAL NUTRITION CORPORATION,

    Defendant.
_____/

    The above-captioned action came on regularly for trial in Courtroom 3 of the United States District Court for the Northern District of California. Plaintiff, Mercedes Navarro, was represented by Michael Hoffman. Defendant, General Nutrition Corporation, was represented by Kenneth Keller and Christopher Holland of Krieg, Keller, Sloan, Reilley & Roman.

    A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After closing arguments, the Court duly instructed the jury and the cause was submitted thereon with directions to return verdicts on the special verdict forms issued. After deliberating, the jury returned to court with a unanimous verdict in favor of the plaintiff on her cause of action for FMLA interference. The jury returned a unanimous verdict for defendant on plaintiff's claims for FMLA retaliation, violation of CFRA rights, CFRA rights retaliation and wrongful discharge in violation of public policy. The jury unanimously determined that past economic loss damages shall be assessed against defendant in the amount of $60,500.

    In accordance with the jury's verdicts,

    IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 58, final judgment is entered in favor of plaintiff on her cause of action for FMLA interference. Final judgment is entered in favor of defendant on plaintiff's causes of action for FMLA retaliation, violation of CFRA rights, CFRA rights retaliation and wrongful discharge in violation of public policy.

IT IS FURTHER ORDERED THAT, in accordance with the jury's verdict, plaintiff shall have judgment in the amount of $60,500.00 in compensatory damages.

IT IS SO ORDERED.

Dated: 6-3-04                                        /s/ Saundra Brown Armstrong
                                                     SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge