UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MERCEDES NAVARRO,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>GENERAL NUTRITION CORPORATION, a Pennsylvania corporation, dba/GNC (General Nutrition Centers),<br><br>Defendant - Appellee,<br><br>and<br><br>LORRAINE CRISP, an individual,<br><br>Defendant. | Nos. 05-17017, 05-17150<br><br>D.C. No. CV-03-00603-SBA/EMC<br>Northern District of California, Oakland<br><br>ORDER |

FILED
MAY -1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

355

The parties' stipulation to voluntary dismissal of these appeals is granted. These appeals is dismissed pursuant to Federal Rule of Appellate Procedure 42(b). Each party is to bear its own costs to the appeal. A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

A TRUE COPY    4/28/06
ATTEST
CATHY CATTERSON
Clerk of Court

by: _____
Deputy Clerk

This certification does constitute the mandate of the court.

pro4.24

INTERNAL USE ONLY: Proceedings include all events.
05-17017 Navarro v. GNC, et al

| | |
|---|---|
| MERCEDES NAVARRO<br>    Plaintiff - Appellant | R. Michael Hoffman, Esq.<br>FAX 415/362-1112<br>415/362-1111<br>[COR LD NTC ret]<br>601 Montgomery St.<br>Suite 325<br>San Francisco, CA 94111 |
| v. | |
| GENERAL NUTRITION CORPORATION,<br>a Pennsylvania corporation,<br>dba/GNC (General Nutrition<br>Centers)<br>    Defendant - Appellee | Kenneth E. Keller, Esq.<br>415/249-8330<br>7th Floor<br>[COR ret]<br>Allison Lane Cooper, Esq.<br>FAX 415/249-8333<br>415/249-8330<br>7th Fl.<br>[COR LD NTC ret]<br>Christopher T. Holland, Esq.<br>FAX 415/249-8333<br>415/249-8330<br>4th Fl.<br>[COR ret]<br>KRIEG KELLER SLOAN REILLEY &<br>ROMAN, LLP<br>114 Sansome St.<br>San Francisco, CA 94104-3812 |
| LORRAINE CRISP, an individual<br>    Defendant | Kenneth E. Keller, Esq.<br>(See above)<br>[COR ret]<br>Allison Lane Cooper, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Holland, Esq.<br>(See above)<br>[COR ret] |

INTERNAL USE ONLY: Proceedings include all events.
05-17150 Navarro v. GNC, et al

| | |
|---|---|
| MERCEDES NAVARRO<br>    Plaintiff - Appellee | William R. Hopkins<br>415/435-5507<br>[COR LD NTC ret]<br>Wells & Hopkins Attorneys at Law<br>1628 Tiburon Ave.<br>Tiburon, CA 94920<br><br>Stephen H. Gamber, Esq.<br>FAX 818/995-7159<br>818/783-7300<br>[COR ret]<br>DANZ & GERBER<br>13418 Ventura Blvd.<br>Sherman Oaks, CA 91423 |

    v.

| | |
|---|---|
| GENERAL NUTRITION CORPORATION,<br>a Pennsylvania corporation,<br>dba/GNC (General Nutrition Centers)<br>    Defendant - Appellant | Kenneth E. Keller, Esq.<br>415/249-8330<br>7th Floor<br>[COR ret]<br>Allison Lane Cooper, Esq.<br>FAX 415/249-8333<br>415/249-8330<br>7th Fl.<br>[COR LD NTC ret]<br>Christopher T. Holland, Esq.<br>FAX 415/249-8333<br>415/249-8330<br>4th Fl.<br>[COR ret]<br>Ingrid S. Leverett, Esq.<br>FAX 415/249-8333<br>415/249-8330<br>7th Fl.<br>[COR ret]<br>KRIEG KELLER SLOAN REILLEY & ROMAN, LLP<br>114 Sansome St.<br>San Francisco, CA 94104-3812 |
| LORRAINE CRISP, an individual<br>    Defendant | Kenneth E. Keller, Esq.<br>(See above)<br>[COR ret]<br>Allison Lane Cooper, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Holland, Esq.<br>(See above)<br>[COR ret] |